UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DONALD ASKEW, | Case No. 09-CV-0389 (PJS/RLE) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| ALEXANDRIA-MINNESOTA SHERIFF/POLICE DEPARTMENT- DISTRICT ATTORNEY OFFICE, et al., | |
| Defendants. | |

---

Donald Askew, pro se.

This matter is before the Court on what the Court construes to be plaintiff's objection to the Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson. Judge Erickson recommends dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has conducted a de novo review of the entire file, including the documents plaintiff filed conventionally in a three-ring binder.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Based on that review, the Court OVERRULES plaintiff's objection [Docket No. 6] and ADOPTS the R&R [Docket No. 3].  IT IS HEREBY ORDERED that this action is summarily DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 20, 2009                     s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge